**CLARKSON LAW FIRM, P.C.**
Tracey B. Cowan (SBN 250053)
*tcowan@clarksonlawfirm.com*
95 3rd St., 2nd Floor
San Francisco, CA 94103
Tel: (213) 788-4050
Fax: (213) 788-4070

**CLARKSON LAW FIRM, P.C.**
Shireen M. Clarkson (SBN 237882)
*sclarkson@clarksonlawfirm.com*
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfim.com*
Olivia E. Davis (SBN 353041)
*odavis@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel.: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLF 005, an individual; and CLF 006, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 4:24-cv-01194-JST<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THE COOPER COMPANIES, INC.** |

Plaintiffs CLF 005 and CLF 006 hereby give notice of the voluntary dismissal of their action as to The Cooper Companies, Inc., without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), no defendants having served an answer or a motion for summary judgement.

DATED: January 21, 2025                     Respectfully Submitted,

    */s/ Tracey Cowan*
Tracey B. Cowan (SBN 250053)
**CLARKSON LAW FIRM, P.C.**
95 3rd St., 2nd Floor
San Francisco, CA 94103
Tel: (213) 788-4050
Fax: (213) 788-4070

Shireen M. Clarkson (SBN 237882)
Ryan J. Clarkson (SBN 257074)
Olivia E. Davis (SBN 353041)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Tel.: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*